**ROBINSON BROG LEINWAND GREENE
 GENOVESE & GLUCK P.C.**
875 Third Avenue
New York, New York 10022
A. Mitchell Greene
*Proposed Attorneys for the Debtor and Debtor in
Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

In re:                                              Chapter 11

**FIA 164 HOLDINGS LLC,**                            Case No:  16-20006-rdd

                         Debtor.
------------------------------------------------------------X

## AFFIDAVIT PURSUANT TO LOCAL RULE 1007-2

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK )

    **Mark J. Schwartz**, being duly sworn, deposes and says:

    1.   I am the managing member of **FIA Holdings LLC** (the "Debtor"), and am fully familiar with the facts set forth herein.

    2.   The Debtor owns shares and proprietary leases relating to five units in 440 West 164th Street Housing Development ("440 West 164th"), which is a housing cooperative that owns the building located at 440 West 164th Street, New York, New York (the "Property").

    3.   No pre-petition committee was organized prior to the Order for relief.

    4.   The Secured Creditors of the Debtor are as listed on Schedule D to the Petition.

{00822706.DOC;1 }392093

5.     A summary of the Debtor's assets and liabilities is set forth on the summary of schedules filed with this affidavit.

6.     The names and addresses of the twenty largest unsecured creditors, excluding insiders, is filed with this affidavit.

7.     All suits or proceedings in which the Debtor is named as a party are listed in the Debtor's Statement of Financial Affairs.

8.     No property of the Debtor is in the possession and control of a receiver for the benefit of mortgagees and creditors.

9.     The Debtor's emergency filing was precipitated by the foreclosure of the deed to the Property by the City of New York and the transfer of the deed that would adversely affect the Debtor's shares in 440 West 164th and the propriety leases with the Property.  In order to preserve the value of its shares and proprietary leases, the Debtor filed its own chapter 11 chase.

10.    The purpose of filing this petition is to preserve the assets of the Debtor for the benefit of the creditors and to preserve priorities of creditors.

11.   The estimated operating expense of the Debtor for the next **thirty days** is:

### INCOME

| Total Estimated Income: | $6,150 |
|---|---|

### EXPENSES

| Utilities | $1,300 |
|---|---|
| Maintenance | $1,932 |

| Total Estimated Expenses: | $3,232 |
|---|---|

| NET INCOME: | $2,918 |
|---|---|

_____
**Mark J. Schwartz**
**Managing Member**

Sworn to before me this
*1 2* th day of **November, 2016**

_____
Notary Public, State of New York

ASHLEY PEREZ
Notary Public, State of New York
Registration #01PE6295472
Qualified In Kings County
Commission Expires January 6, 20 *18*

392093

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **FIA 164 HOLDINGS LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | **16-20006** |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **440 West 164th St Housing Dev 440 West 164th Street New York, NY 10032** | | | | | | **$28,000.00** |
| **Andreas Kroll c/o Bedford Mantia LLP 10 East 40th St., Suite 3307 New York, NY 10016** | | **Lawsuit** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **City of New York Dept. of Housing Preserv. and Dev. 100 Gold St., Room 5-S New York, NY 10038** | | **FOR NOTICE PURPOSES ONLY** | **Disputed** | | | **$0.00** |
| **Efrem Schwalb, Esq. 621 Wildwood Road West Hempstead, NY 11552** | | | | | | **$135,000.00** |
| **Efroim Fasten, CPA Fasten Halberstam LLP 30 Broad Street, Suite 2204 New York, NY 10004** | | | | | | **$26,000.00** |
| **Goldberg Rimberg & Weg PLLC 115 Broadway, Ste. 302 New York, NY 10006** | | | | | | **$146,000.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **FIA 164 HOLDINGS LLC** | | Case number *(if known)* | **16-20006** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Inna Khiterer c/o Bedford Mantia LLP 10 East 40th St., Suite 3307 New York, NY 10016** | | **Lawsuit** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **INTERNAL REVENUE SERVICE PO BOX 7346 Philadelphia, PA 19114** | | **FOR NOTICE PURPOSES ONLY** | | | | **$0.00** |
| **Jeniffer Hienstra 440 West 164th Street Apt. 1 New York, NY 10032** | | **Security Deposit** | | | | **$1,750.00** |
| **Lothar Kroll c/o Bedford Mantia LLP 10 East 40th St., Suite 3307 New York, NY 10016** | | **Lawsuit** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **NEW YORK STATE DEPT. OF FINANC ATTN: BANKRUPTCY SPECIAL PROC PO BOX 5300 Albany, NY 12205** | | **FOR NOTICE PURPOSES ONLY** | | | | **$0.00** |
| **NYC DEPT. OF FINANCE 345 ADAMS STREET, 3RD FL. ATTN:  LEGAL AFFAIRS Brooklyn, NY 11201** | | **FOR NOTICE PURPOSES ONLY** | **Disputed** | | | **$0.00** |
| **Sergei Leontev c/o Bedford Mantia LLP 10 East 40th St., Suite 3307 New York, NY 10016** | | **Lawsuit** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **The Law Firm of Candace C. Carponter, P.C. 31 Smith Street, Second Floor Brooklyn, NY 11201** | | | | | | **$27,000.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **FIA 164 HOLDINGS LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  **16-20006**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 10, 2016**          *X* **/s/ MARK J SCHWARTZ**
                                              Signature of individual signing on behalf of debtor

                                              **MARK J SCHWARTZ**
                                              Printed name

                                              **MANAGING MEMBER**
                                              Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **FIA 164 HOLDINGS LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **16-20006**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................. $     **1,003,331.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................... $     **1,003,331.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $     **0.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................... $     **1,750.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$     **362,000.00**

4.   **Total liabilities** ................................................................................................
    Lines 2 + 3a + 3b     $     **363,750.00**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **FIA 164 HOLDINGS LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) **16-20006**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. J.P. Morgan Chase<br>360 Park Avenue<br>New York, NY  10022 | **Bank Account** | 6873 | $1,581.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $1,581.00

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   | 7.1. **Deposit Account** | $1,750.00 |
   |---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.

   $1,750.00

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **FIA 164 HOLDINGS LLC** | Case number *(If known)* **16-20006** |
|---|---|---|
| | Name | |

---

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

---

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **FIA 164 HOLDINGS LLC** | | Case number *(If known)* **16-20006** |
|--------|--------------------------|--|----------------------------------------|
| | Name | | |

| | | | | |
|--|--|--|--|--|
| 55.1. | **440 West 164th Street, New York, NY 10032 - Apartment 1 (Subject to Appraisal)** | Proprietary Leases | Unknown | Unknown |
| 55.2. | **440 West 164th Street, New York, NY 10032 - Apartment 31 (Subject to Appraisal)** | Proprietary Lease | Unknown | Unknown |
| 55.3. | **440 West 164th Street, New York, NY 10032 - Apartment 32 (Subject to Appraisal)** | Proprietary Lease | Unknown | Unknown |
| 55.4. | **440 West 164th Street, New York, NY 10032 - Apartment 42 (Subject to Appraisal)** | Proprietary Lease | Unknown | Unknown |
| 55.5. | **440 West 164th Street, New York, NY 10032 - Apartment 44 (Subject to Appraisal)** | Proprietary Lease | Unknown | Unknown |

| 56. | **Total of Part 9.** | **$0.00** |
|-----|----------------------|-----------|

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|--|-------------------------------------|

71. **Notes receivable**
   Description (include name of obligor)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **FIA 164 HOLDINGS LLC**
          Name                                            Case number *(If known)*  **16-20006**

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

     **Shares in 440 West 164th Street Housing Development**                      $1,000,000.00

---

78.  **Total of Part 11.**                                                        $1,000,000.00

     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ■ No
     □ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| Debtor | **FIA 164 HOLDINGS LLC** | Case number *(If known)* **16-20006** |
|---|---|---|
| | Name | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,581.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,750.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,000,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,003,331.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,003,331.00 |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **FIA 164 HOLDINGS LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **16-20006**

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **FIA 164 HOLDINGS LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **16-20006**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,750.00** | **$1,750.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Jeniffer Hienstra**
**440 West 164th Street**
**Apt. 1**
**New York, NY 10032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Security Deposit**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | **$28,000.00** |
|---|---|---|

Nonpriority creditor's name and mailing address
**440 West 164th St Housing Dev**
**440 West 164th Street**
**New York, NY 10032**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | **Unknown** |
|---|---|---|

Nonpriority creditor's name and mailing address
**Andreas Kroll**
**c/o Bedford Mantia LLP**
**10 East 40th St., Suite 3307**
**New York, NY 10016**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lawsuit**

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **FIA 164 HOLDINGS LLC** | Case number (if known) | **16-20006** |
|---|---|---|---|
| | Name | | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**City of New York Dept. of**
**Housing Preserv. and Dev.**
**100 Gold St., Room 5-S**
**New York, NY 10038**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** FOR NOTICE PURPOSES ONLY

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$135,000.00** |
|---|---|---|---|

**Efrem Schwalb, Esq.**
**621 Wildwood Road**
**West Hempstead, NY 11552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26,000.00** |
|---|---|---|---|

**Efroim Fasten, CPA**
**Fasten Halberstam LLP**
**30 Broad Street, Suite 2204**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$146,000.00** |
|---|---|---|---|

**Goldberg Rimberg & Weg PLLC**
**115 Broadway, Ste. 302**
**New York, NY 10006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Inna Khiterer**
**c/o Bedford Mantia LLP**
**10 East 40th St., Suite 3307**
**New York, NY 10016**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Lawsuit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**INTERNAL REVENUE SERVICE**
**PO BOX 7346**
**Philadelphia, PA 19114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** FOR NOTICE PURPOSES ONLY

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lothar Kroll**
**c/o Bedford Mantia LLP**
**10 East 40th St., Suite 3307**
**New York, NY 10016**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Lawsuit

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | FIA 164 HOLDINGS LLC | Case number (if known) | 16-20006 |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**NEW YORK STATE DEPT. OF FINANC**
**ATTN: BANKRUPTCY SPECIAL PROC**
**PO BOX 5300**
**Albany, NY 12205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**NYC DEPT. OF FINANCE**
**345 ADAMS STREET, 3RD FL.**
**ATTN: LEGAL AFFAIRS**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Sergei Leontev**
**c/o Bedford Mantia LLP**
**10 East 40th St., Suite 3307**
**New York, NY 10016**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Lawsuit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,000.00** |
|---|---|---|---|

**The Law Firm of Candace**
**C. Carponter, P.C.**
**31 Smith Street, Second Floor**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **CORP. COUNSEL FOR NYC**<br>**100 CHURCH STREET**<br>**Attn: Hugh Schull, Esq.**<br>**New York, NY 10007** | Line **3.11**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Mark Frankel, Esq.**<br>**Backenroth Frankel & Krinsky**<br>**800 Third Avenue, 11th Floor**<br>**New York, NY 10022** | Line **3.1**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **OFFICE OF THE ATTORNEY GENERAL**<br>**THE CAPITOL**<br>**Albany, NY 12224** | Line **3.10**<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **US ATTY OFFICE -SDNY**<br>**86 CHAMBERS STREET**<br>**ATTN: TAX AND BANKRUPTCY**<br>**New York, NY 10007** | Line **3.8**<br><br>☐ Not listed. Explain ____ | __ |

Debtor    **FIA 164 HOLDINGS LLC**                                  Case number (if known)    **16-20006**
                Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 1,750.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 362,000.00 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 363,750.00 |

**Fill in this information to identify the case:**

Debtor name  **FIA 164 HOLDINGS LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  **16-20006**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Proprietary Lease for Apartment 32 - 440 West 164th Street, New York, NY** |
| State the term remaining | **Anna Vezzosi** |
| List the contract number of any government contract | **440 West 164th Street Apt. 32 New York, NY 10032** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Proprietary Lease for Apartment 1 - 440 West 164th Street, New York, NY** |
| State the term remaining | **Jeniffer Hienstra** |
| List the contract number of any government contract | **440 West 164th Street Apt. 1 New York, NY 10032** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Proprietary Lease for Apartment 44 - 440 West 164th Street, New York, NY** |
| State the term remaining | **Martin Joksimovikj** |
| List the contract number of any government contract | **440 West 164th Street Apt. 44 New York, NY 10032** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Proprietary Lease for Apartment 42 - 440 West 164th Street, New York, NY** |
| State the term remaining | **Michael Robley** |
| List the contract number of any government contract | **440 West 164th Street Apt. 42 New York, NY 10032** |

| Debtor 1 | **FIA 164 HOLDINGS LLC** | | | Case number *(if known)* | **16-20006** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Proprietary Lease for Apartment 31 - 440 West 164th Street, New York, NY** | |
|---|---|---|---|
| | State the term remaining | | **Ridge Montes** |
| | | | **440 West 164th Street** |
| | List the contract number of any government contract | | **Apt. 31** |
| | | | **New York, NY 10032** |

**Fill in this information to identify the case:**

Debtor name    **FIA 164 HOLDINGS LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **16-20006**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name**    **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | | _____ | ☐ D |
| | Street _____ | | ☐ E/F |
| | | | ☐ G |
| | City    State    Zip Code | | |
| 2.2 _____ | | _____ | ☐ D |
| | Street _____ | | ☐ E/F |
| | | | ☐ G |
| | City    State    Zip Code | | |
| 2.3 _____ | | _____ | ☐ D |
| | Street _____ | | ☐ E/F |
| | | | ☐ G |
| | City    State    Zip Code | | |
| 2.4 _____ | | _____ | ☐ D |
| | Street _____ | | ☐ E/F |
| | | | ☐ G |
| | City    State    Zip Code | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **FIA 164 HOLDINGS LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **16-20006**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | ☐ Operating a business<br>■ Other   **Rents** | $61,500.00 |
| **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ☐ Operating a business<br>■ Other   **Rents** | $53,594.00 |
| **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ☐ Operating a business<br>■ Other   **Rents** | $33,000.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount

| Debtor | FIA 164 HOLDINGS LLC | Case number (if known) 16-20006 |
|---|---|---|

may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Lothar Kroll, et al., v. 440 West 164th Street HDFC, et al. Index No.: 653885/2014 | Breach of Agreement | Supreme Court of State of New York New York County - Commercial Div. 60 Centre Street New York, NY 10007 | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:   Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

| Debtor | **FIA 164 HOLDINGS LLC** | Case number *(if known)* | **16-20006** |
|---|---|---|---|

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **ROBINSON BROG LEINWAND GREENE GENOVESE & 875 THIRD AVENUE New York, NY 10022** | **Retainer for Bankruptcy Filing** | **11/03/2016** | **$10,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?**<br>**Mark J. Schwartz** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

| Debtor | FIA 164 HOLDINGS LLC | Case number *(if known)* 16-20006 |
|---|---|---|

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

Debtor    **FIA 164 HOLDINGS LLC**     Case number *(if known)* **16-20006**

not list leased or rented property.

■ None

<table>
<tr><td>**Part 12:**</td><td>**Details About Environment Information**</td></tr>
</table>

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

<table>
<tr><td>**Part 13:**</td><td>**Details About the Debtor's Business or Connections to Any Business**</td></tr>
</table>

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Chana Nortman**<br>**2 University Plaza**<br>**Suite 211**<br>**Hackensack, NJ 07601** | |

Debtor    **FIA 164 HOLDINGS LLC**                                    Case number *(if known)* **16-20006**

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Mark J. Schwartz**<br>**2 University Plaza**<br>**Suite 211**<br>**Hackensack, NJ 07601** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
|  |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
|  |  |  |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mark J. Schwartz | 2 University Plaza<br>Suite 211<br>Hackensack, NJ 07601 | Managing Member | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
|  |  |  |  |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Debtor    **FIA 164 HOLDINGS LLC**                                      Case number *(if known)*  **16-20006**

---

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 10, 2016**

**/s/ MARK J SCHWARTZ**                              **MARK J SCHWARTZ**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **MANAGING MEMBER**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re  **FIA 164 HOLDINGS LLC** | Case No. **16-20006**
Debtor(s) | Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 10,000.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 10,000.00 |

2.   The source of the compensation paid to me was:

☐ Debtor    ■ Other (specify):   **Mark J. Schwartz**

3.   The source of compensation to be paid to me is:

■ Debtor    ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 10, 2016**
_Date_

**/s/ A. MITCHELL GREENE**
**A. MITCHELL GREENE**
_Signature of Attorney_
**ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**
**875 THIRD AVENUE**
**New York, NY 10022**
**(212) 603-6300**
_Name of law firm_

---

# United States Bankruptcy Court
## Southern District of New York

In re    __FIA 164 HOLDINGS LLC__                              Case No.    __16-20006__

                                    Debtor(s)                   Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mark J. Schwartz**<br>**2 University Plaza**<br>**Suite 211**<br>**Hackensack, NJ 07601** | | **100 %** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **MANAGING MEMBER** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    __November 10, 2016__                     Signature    __/s/ MARK J SCHWARTZ__

                                                                   __MARK J SCHWARTZ__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re    **FIA 164 HOLDINGS LLC**          Case No.    **16-20006**

Debtor(s)      Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **FIA 164 HOLDINGS LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

November 10, 2016
Date

/s/ A. MITCHELL GREENE
**A. MITCHELL GREENE**
Signature of Attorney or Litigant
Counsel for    **FIA 164 HOLDINGS LLC**
**ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**
**875 THIRD AVENUE**
**New York, NY 10022**
**(212) 603-6300**

# United States Bankruptcy Court
## Southern District of New York

In re    __FIA 164 HOLDINGS LLC_____    Case No.    __16-20006_____
                                    Debtor(s)    Chapter    __11_____

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the MANAGING MEMBER of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __November 10, 2016_____    __/s/ MARK J SCHWARTZ_____
                                         **MARK J SCHWARTZ**/MANAGING MEMBER
                                         Signer/Title

```
440 WEST 164TH ST HOUSING DEV
440 WEST 164TH STREET
NEW YORK, NY 10032


ANDREAS KROLL
C/O BEDFORD MANTIA LLP
10 EAST 40TH ST., SUITE 3307
NEW YORK, NY 10016


ANNA VEZZOSI
440 WEST 164TH STREET
APT. 32
NEW YORK, NY 10032


CITY OF NEW YORK DEPT. OF
HOUSING PRESERV. AND DEV.
100 GOLD ST., ROOM 5-S
NEW YORK, NY 10038


CORP. COUNSEL FOR NYC
100 CHURCH STREET
ATTN: HUGH SCHULL, ESQ.
NEW YORK, NY 10007


EFREM SCHWALB, ESQ.
621 WILDWOOD ROAD
WEST HEMPSTEAD, NY 11552


EFROIM FASTEN, CPA
FASTEN HALBERSTAM LLP
30 BROAD STREET, SUITE 2204
NEW YORK, NY 10004


GOLDBERG RIMBERG & WEG PLLC
115 BROADWAY, STE. 302
NEW YORK, NY 10006


INNA KHITERER
C/O BEDFORD MANTIA LLP
10 EAST 40TH ST., SUITE 3307
NEW YORK, NY 10016


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19114
```

JENIFFER HIENSTRA
440 WEST 164TH STREET
APT. 1
NEW YORK, NY 10032


LOTHAR KROLL
C/O BEDFORD MANTIA LLP
10 EAST 40TH ST., SUITE 3307
NEW YORK, NY 10016


MARK FRANKEL, ESQ.
BACKENROTH FRANKEL & KRINSKY
800 THIRD AVENUE, 11TH FLOOR
NEW YORK, NY 10022


MARTIN JOKSIMOVIKJ
440 WEST 164TH STREET
APT. 44
NEW YORK, NY 10032


MICHAEL ROBLEY
440 WEST 164TH STREET
APT. 42
NEW YORK, NY 10032


NEW YORK STATE DEPT. OF FINANC
ATTN:  BANKRUPTCY SPECIAL PROC
PO BOX 5300
ALBANY, NY 12205


NYC DEPT. OF FINANCE
345 ADAMS STREET, 3RD FL.
ATTN:  LEGAL AFFAIRS
BROOKLYN, NY 11201


OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224


RIDGE MONTES
440 WEST 164TH STREET
APT. 31
NEW YORK, NY 10032

```
SERGEI LEONTEV
C/O BEDFORD MANTIA LLP
10 EAST 40TH ST., SUITE 3307
NEW YORK, NY 10016


THE LAW FIRM OF CANDACE
C. CARPONTER, P.C.
31 SMITH STREET, SECOND FLOOR
BROOKLYN, NY 11201


US ATTY OFFICE -SDNY
86 CHAMBERS STREET
ATTN:  TAX AND BANKRUPTCY
NEW YORK, NY 10007
```