# EXHIBIT A

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER |  |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | 2016101900211001001E7045 |

**RECORDING AND ENDORSEMENT COVER PAGE**  PAGE 1 OF 7

**Document ID:** 2016101900211001  **Document Date:** 10-14-2016  **Preparation Date:** 10-19-2016
**Document Type:** DEED
**Document Page Count:** 6

| PRESENTER: | RETURN TO: |
|---|---|
| FIRST AMERICAN TITLE INSURANCE CO., NCS<br>666 THIRD AVENUE, 5TH FLOOR<br>3020-804129/IS<br>NEW YORK, NY 10017<br>212-551-9424<br>ISAVUNDRANAYAGAM@FIRSTAM.COM | DEPT. OF HOUSING PRESERVATION & DEVELOPMENT<br>OFFICE OF LEGAL AFFAIRS<br>100 GOLD STREET, ROOM 5-S2<br>NEW YORK, NY 10038 |

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 2110 | 76 | Entire Lot | 440 WEST 164TH STREET |

**Property Type:** APARTMENT BUILDING

**CROSS REFERENCE DATA**

CRFN_____ or DocumentID_____ or _____Year____ Reel____ Page____ or File Number_____

**PARTIES**

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| COMMISSIONER OF FINANCE OF THE CITY OF NEW YORK<br>JACQUES JIHA, PHD, ROOM 500, MUNICIPAL BUILDING | NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORP<br>150 BROADWAY SUITE 2101<br>NEW YORK, NY 10038 |

**FEES AND TAXES**

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 67.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK
Recorded/Filed    10-20-2016 16:29
City Register File No.(CRFN): 2016000370634

*City Register Official Signature*

16-20006-rdd    Doc 21-2    Filed 12/30/16    Entered 12/30/16 13:40:47    Exhibit A:
Deed transferring property to Neighborhood Restore    Pg 3 of 13

16-20006-rdd    Doc 19-2    Filed 12/06/16    Entered 12/06/16 16:37:57    Exhibit A
Pg 2 of 13

3020-80429

/15

THIS DEED, dated as of the 14th day of OCTOBER , 2016 (this "Deed"), from the **COMMISSIONER OF FINANCE OF THE CITY OF NEW YORK JACQUES JIHA, PH.D.**, having the Commissioner's principal office in Room 500, Municipal Building, New York, New York 10007 ("**Grantor**"), to **NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORPORATION**, a corporation formed pursuant to Article XI of the Private Housing Finance Law and the Not-For-Profit Corporation Law, having its principal office at 150 Broadway, Suite 2101, New York, New York 10038 ("**Grantee**").

**WHEREAS**, a Judgment of Foreclosure has been entered at the Individual Assignment Part of New York State Supreme Court on **April 28, 2002** in an action to foreclose certain tax liens owned and held by the City of New York entitled In Rem Tax Foreclosure Action No. 42, Borough of Manhattan, Supreme Court, County of New York, Index No. 580001/00 (the "**Judgment**"); and

**WHEREAS**, Grantor is duly authorized, pursuant to the Judgment and §11-412.1 of the Administrative Code of the City of New York (the "**Administrative Code**"), to deliver a deed conveying full and complete title to that certain real property more particularly described in Exhibit A annexed hereto and made a part hereof (the "**Disposition Area**") to a qualified third party designated by the Commissioner of the Department of Housing Preservation and Development ("**HPD**") of the City of New York (the "**City**"); and

**WHEREAS**, with respect to any portion of the Disposition Area which was to be included in a sale of tax liens and which the Commissioner of HPD determined were distressed properties as defined in Administrative Code §11-401(4), the Commissioner of HPD, pursuant to Administrative Code §11-401.1, so directed Grantor not less than ten days prior to the date of the proposed sale of tax liens; and

**WHEREAS**, the portion, if any, of the Disposition Area that was to be included in a sale of tax liens (including the properties that were determined to be distressed, if any, together with all other properties in such portion of the Disposition Area) was withdrawn from such sale; and

**WHEREAS**, pursuant to Administrative Code §11-401.1(c), the properties in the Disposition Area that were determined by the Commissioner of HPD to be distressed, if any, were included in a list submitted to the City Council (the "**Council**") within thirty (30) days from the date such properties were identified as distressed properties; and

**WHEREAS**, pursuant to Administrative Code §11-412.1, HPD has designated Grantee as a qualified third party; and

**WHEREAS**, pursuant to Administrative Code §11-412.2, Grantor, on **August 31, 2016**, has notified the Council of the proposed conveyance of the Disposition Area to Grantee, and the Council, within the forty-five day period set forth in Administrative Code §11-412.2, did not act by local law disapproving the proposed conveyance;

**NOW THEREFORE**, pursuant to the Judgment and Administrative Code §11-412.1, Grantor does hereby convey to Grantee full and complete title to the Disposition Area.

Grantee and Grantor further agree as follows:

1.   a.   Grantee accepts the Disposition Area in its "as is" condition on the date of delivery of this Deed to Grantee (the "**Closing Date**").

440 W 164 ST -- 1 2110 76

(6)

    b.    Grantee represents and warrants that it has inspected and is fully familiar with the condition of the Disposition Area.

    c.    Grantor neither warrants nor represents the surface and subsurface conditions of the Disposition Area or that such conditions will be suitable for any purpose.

    d.    Neither Grantor nor the City has made any representations or warranties regarding the condition of the Disposition Area.

2. This transfer of title to the Disposition Area shall be for an existing use as permitted by zoning.

3. Grantee shall not, without the prior written consent of HPD, cause or permit any total or partial transfer, sale, disposition, transfer, assignment or conveyance of any interest in the Disposition Area, or any part thereof, at any time prior to the third anniversary of the Closing Date, except as permitted under Paragraph 5 below.

4. HPD shall have the right to direct Grantee to deliver a deed conveying full and complete title to the Disposition Area or a portion thereof to a person or entity designated by the City at any time prior to the third anniversary of the Closing Date. HPD shall exercise such right by notice to Grantee indicating (i) the name and address of the designated grantee, (ii) the date by which such transfer of title shall occur, which date shall not be less than thirty (30) days after the date of delivery of such notice, and (iii) and such other information as HPD shall determine.

5. Grantee shall have the right to deliver a deed conveying full and complete title to the Disposition Area or a portion thereof, free of all liens and encumbrances other than municipal liens and encumbrances, to the City or its designee (the "**Right of Conveyance**") for a period (the "**Conveyance Period**") terminating on the second anniversary of the Closing Date and commencing on the earlier of (i) the first anniversary of the Closing Date, or (ii) the date that HPD stops providing funding to Grantee at the levels set forth in the budget previously agreed to by HPD and Grantee for the property to be conveyed.

    a.    Grantee shall notify the City in writing, not less than seventy-five (75) days in advance, of Grantee's intention to exercise the Right of Conveyance (the "**Conveyance Notice**").

    b.    Within sixty (60) days following receipt of the Conveyance Notice, HPD shall direct Grantee in writing to deliver a deed of the Disposition Area (or a portion thereof) to either (i) the City, or (ii) a person or entity designated by the City and identified in such written direction (the "**Designation Notice**"). If the City fails to deliver the Designation Notice within the required sixty (60) days, the Designation Notice will be deemed to have been delivered and to have identified the City as the recipient of the deed. The Designation Notice may include such other information as the City shall determine, including, but not limited to, the date upon which Grantee shall deliver such deed, which date shall be not later than earlier of the final day of the Conveyance Period or seventy-five (75) days after receipt by Grantee of the Designation Notice.

     c.    Following receipt of the Designation Notice and prior to the expiration of the Conveyance Period but no later than the date set forth in the Designation Notice, Grantee shall deliver a deed conveying full and complete title to the Disposition Area or a portion thereof to the person or entity identified in the Designation Notice.

     d.    The Right of Conveyance shall not run with the land and shall terminate in its entirety upon any total or partial transfer, sale, disposition, assignment or conveyance of any interest in the Disposition Area, or any part thereof, by Grantee, including, but not limited to, an exercise by Grantee of the Right of Conveyance.

6.    Any notice delivered pursuant to this Deed shall be given by registered or certified mail, postage prepaid, return receipt requested. Any notice to Grantor or the City or HPD shall be addressed to:

     The City of New York
     Department of Housing Preservation and Development
     100 Gold Street
     New York, New York 10038
     Attention: General Counsel

Any notice to Grantee shall be addressed to Grantee at the address first above written.

7.    This Deed shall be voidable by Grantee with respect to the Disposition Area or a portion thereof with the prior written consent of HPD.

8.    Compliance Audit – Petroleum Bulk Storage Regulations. Grantee acknowledges that it has received a copy of the pamphlet issued by the New York State Department of Environmental Conservation dated January 6, 1997, entitled: "Compliance Audit -- Petroleum Bulk Storage Regulations -- 6 NYCRR 612-614."

**IN WITNESS WHEREOF,** Grantor and Grantee have fully executed this Deed as of the date and year first above written.

                                                        JACQUES JIHA, PH.D.
                                                        Commissioner of Finance of The City Of New York

                                                        NEIGHBORHOOD RESTORE HOUSING
                                                       DEVELOPMENT FUND CORPORATION

                                                       By:_____
                                                       SALVATORE D'AVOLA, Assistant Secretary

APPROVED AS TO FORM
BY STANDARD TYPE OF CLASS
FOR USE UNTIL MARCH 31, 2017
By:   /s/  HOWARD FRIEDMAN
     Acting Corporation Counsel

440 W 164 ST -- 1 2110 76                              3

## ACKNOWLEDGMENTS

STATE OF NEW YORK     )
                      ) ss:
COUNTY OF NEW YORK    )

On the 21ST day of September in the year 2016 before me, the undersigned, personally appeared **JACQUES JIHA, PH.D.**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_Monica Yacolca_
NOTARY PUBLIC

MONICA YACOLCA
Notary Public, State of New York
No. 01YA6117762
Qualified in Kings County
Commission Expires 11.1.2016

STATE OF NEW YORK     )
                      ) ss:
COUNTY OF NEW YORK    )

On the 14TH day of October in the year 2016 before me, the undersigned, personally appeared **SALVATORE D'AVOLA**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

NOTARY PUBLIC
MICHAEL RICHMAN
Notary Public, State of New York
No. 03-4826892
Qualified in Queens County
Commission Expires 10/31/2018

440 W 164 ST -- 1 2110 76

## EXHIBIT A

All that certain plot, piece, or parcel of land with the buildings and improvements thereon erected, situate, lying and being in the Borough of Manhattan, County, City and State of New York, described as of **August 31, 2016** on the Tax Map of New York:

| Street Address | Block | Lot |
|---|---|---|
| 440 WEST 164 STREET | 2110 | 76 |

440 W 164 ST -- 1 2110 76

16-20006-rdd    Doc 19-1    Filed 12/06/16    Entered 12/06/16 16:37:57    Exhibit A
Pg 7 of 13

DEED

_____

Commissioner of Finance of The City
of New York Jacques Jiha, PH.D.

To

Neighborhood Restore Housing
Development Fund Corporation

The land affected by this written
instrument lies within the
Borough of Manhattan

Block: 2110

Lot: 76

on the Tax Map of the County, City
and State of New York

Record and return to:

Department of Housing
Preservation and Development
Office of Legal Affairs
100 Gold Street, Room 5-S2
New York, New York 10038

First American Title
Insurance Company
666 Third Avenue· 5th fl
New York, N.Y. 10017
Phone: (212) 922-9700
Fax: (212) 922-0881

440 W 164 ST -- 1 2110 76

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2016101900211001001SBEC4 |
|---|---|

| SUPPORTING DOCUMENT COVER PAGE | PAGE 1 OF 1 |
|---|---|

**Document ID:** 2016101900211001  **Document Date:** 10-14-2016  **Preparation Date:** 10-19-2016
**Document Type:** DEED

**ASSOCIATED TAX FORM ID:** 2016101100092

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---|
| DEP CUSTOMER REGISTRATION FORM FOR WATER AND SEWER BILLING | 1 |
| RPTT FILING FEE EXEMPTION AFFIDAVIT | 1 |
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 2 |
| SMOKE DETECTOR AFFIDAVIT | 1 |

| FOR CITY USE ONLY | | REAL PROPERTY TRANSFER REPORT |
|---|---|---|
| C1. County Code | | STATE OF NEW YORK |
| C2. Date Deed Recorded __/__/__ Month Day Year | | STATE BOARD OF REAL PROPERTY SERVICES |
| C3. Book _____ C4. Page _____ | | **RP - 5217NYC** |
| OR | | |
| C5. CRFN | | |

**PROPERTY INFORMATION**

1. Property Location: **440** WEST 164TH STREET | MANHATTAN | 10032
   STREET NUMBER | STREET NAME | BOROUGH | ZIP CODE

2. Buyer Name: **NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT**
   LAST NAME / COMPANY | FIRST NAME

3. Tax Billing Address: Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)
   LAST NAME / COMPANY | FIRST NAME
   STREET NUMBER AND STREET NAME | CITY OR TOWN | STATE | ZIP CODE

4. Indicate the number of Assessment Roll parcels transferred on the deed: **1** # of Parcels OR ☐ Part of a Parcel
   4A. Planning Board Approval - N/A for NYC
   4B. Agricultural District Notice - N/A for NYC

5. Deed Property Size: ____ FRONT FEET X ____ DEPTH OR ____ ACRES

   Check the boxes below as they apply:
   6. Ownership Type is Condominium ☐
   7. New Construction on Vacant Land ☐

8. Seller Name: **COMMISSIONER OF FINANCE OF THE CITY OF NEW YORK**
   LAST NAME / COMPANY | FIRST NAME

9. Check the box below which most accurately describes the use of the property at the time of sale:
   A ☐ One Family Residential   C ☐ Residential Vacant Land   E ☐ Commercial   G ☐ Entertainment / Amusement   I ☐ Industrial
   B ☐ 2 or 3 Family Residential   D ☐ Non-Residential Vacant Land   F ☑ Apartment   H ☐ Community Service   J ☐ Public Service

**SALE INFORMATION**

10. Sale Contract Date: **10 / 14 / 2016**
11. Date of Sale / Transfer: **10 / 14 / 2016**
12. Full Sale Price: $ **0**
    ( Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.
13. Indicate the value of personal property included in the sale: _____

14. Check one or more of these conditions as applicable to transfer:
    A ☐ Sale Between Relatives or Former Relatives
    B ☐ Sale Between Related Companies or Partners in Business
    C ☐ One of the Buyers is also a Seller
    D ☐ Buyer or Seller is Government Agency or Lending Institution
    E ☐ Deed Type not Warranty or Bargain and Sale (Specify Below)
    F ☐ Sale of Fractional or Less than Fee Interest (Specify Below)
    G ☐ Significant Change in Property Between Taxable Status and Sale Dates
    H ☐ Sale of Business is Included in Sale Price
    I ☐ Other Unusual Factors Affecting Sale Price (Specify Below)
    J ☑ None

**ASSESSMENT INFORMATION** - Data should reflect the latest Final Assessment Roll and Tax Bill

15. Building Class: **C 6**
16. Total Assessed Value (of all parcels in transfer): **478,800**

17. Borough, Block and Lot / Roll Identifier(s) ( if more than three, attach sheet with additional identifier(s) )
    **MANHATTAN 2110 76**

2016101100009220102

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. | | |
|---|---|---|---|
| Neighborhood Restore Housing Development | | BUYER'S ATTORNEY | |
| BUYER SIGNATURE | DATE 10/14/16 | LAST NAME | FIRST NAME |
| Salvatore D'Avola Assistant Secretary | | | |
| 150 BROADWAY SUITE 2101 | | | |
| STREET NUMBER    STREET NAME (AFTER SALE) | | AREA CODE    TELEPHONE NUMBER | |
| NEW YORK | NY    10038 | COMMISSIONER    SELLER OF FINANCE | |
| CITY OR TOWN | STATE    ZIP CODE | SELLER SIGNATURE | DATE 10/14/2016 |

H. Benjamin Steiner
Authorized Signatory

20161101100092201

Affidavit of Compliance with Smoke Detector Requirement for One and-Two Family Dwellings

# AFFIDAVIT OF COMPLIANCE
# WITH SMOKE DETECTOR REQUIREMENT
# FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York     )
                      ) SS.:
County of New York    )

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

| 440 WEST 164TH STREET | | |
|---|---|---|
| Street Address | | Unit/Apt. |

| MANHATTAN | New York, | 2110 | 76 | (the "Premises"); |
|---|---|---|---|---|
| Borough | | Block | Lot | |

That the Premises is a one or two family dwelling, or a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

_Neighborhood Restore Housing Development_
_SALVATORE D'Avola_

| Name of Grantor (Type or Print) | Name of Grantee (Type or Print) |
|---|---|
| Signature of Grantor | Signature of Grantee |

Sworn to before me this 19th date of October 20 16

Sworn to before me this 19th date of October 20 16

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.

MICHAEL RICHMAN
Notary Public, State of New York
No. 03-4826892
Qualified in Queens County
Commission Expires 10/31/20

MICHAEL RICHMAN
Notary Public, State of New York
No. 03-4826892
Qualified in Queens County
Commission Expires 10/31/20

1

20161011000092101



The City of New York
Department of Environmental Protection
Bureau of Customer Services
59-17 Junction Boulevard
Flushing, NY 11373-5108

## Customer Registration Form for Water and Sewer Billing

**Property and Owner Information:**

(1) Property receiving service: BOROUGH: MANHATTAN      BLOCK: 2110      LOT: 76

(2) Property Address: 440 WEST 164TH STREET, NEW YORK, NY 10032

(3) Owner's Name:  NEIGHBORHOOD RESTORE HOUSING DEVELOPMENT FUND CORP

  Additional Name:

**Affirmation:**

[✓] You have visited DOF's Mailing Address Update website and indicated that your water & sewer bill should be sent to the mailing address provided on that site. If no information was entered your water & sewer bill be sent to the property address.

**Customer Billing Information:**

**Please Note:**

A. Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

B. Original bills for water and/or sewer service will be mailed to the owner, **at the property address or to an alternate mailing address**. DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

**Owner's Approval:**

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner: _____
Signature: _____   10/14/16  Date (mm/dd/yyyy)
Name and Title of Person Signing for Owner, if applicable: SALVATORE D'AVOLA
                                                            Assistant Secretary

BCS-7CRF-ACRIS REV. 8/08

2

2016101100092101