# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
In re:

FIA 164 HOLDINGS, LLC,

Chapter 11
Case No. 16-20006 (RDD)

Debtor.

----------------------------------------------------X

### ORDER ON CITY OF NEW YORK'S MOTION FOR STAY RELIEF

Upon the motion, dated November 4, 2016 (the "Motion"), of the City of New York (the "City") for an order (i) pursuant to 11 U.S.C. § 362(d) retroactively annulling the automatic stay under 11 U.S.C. § 362(a) as of the petition date herein with respect to the City's foreclosure transfer of title to real property known as 438-440 West 164th Street, New York, New York (the "Property"), or, in the alternative (ii) determining that the automatic stay did not apply to such transfer; and there being due and sufficient notice of the Motion and the hearing thereon; and upon the objection of FIA 164 Holdings, LLC, the debtor herein, dated December 2, 2016; and upon the record of the hearing held by the Court on the Motion on December 8, 2016; and, after due deliberation and for the reasons stated by the Court at the hearing, the Court having found and concluded that the automatic stay did not apply to the City's foreclosure transfer of the Property; now, therefore, it is hereby

ORDERED, that the Motion is granted with respect to the City's request that the Court determine, and it is so determined, that the foreclosure transfer of title to the Real Property did not violate the automatic stay under 11 U.S.C. § 362(a); and it is further

ORDERED, that the alternative relief requested in the Motion for the retroactive annulment of the automatic stay is denied as moot.

Dated: White Plains, New York
       December 19, 2016

                                            /s/Robert D. Drain
                                            Hon. Robert D. Drain,
                                            United States Bankruptcy Judge