UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

FIA 164 HOLDINGS LLC,                        CHAPTER 7

                Debtor.                    CASE NO.: 16-20006-RDD
-------------------------------------------------------------x
                                                                                                            AFFIDAVIT OF SERVICE


**STATE OF NEW YORK**     )
                                     : ss.:
**COUNTY OF KINGS**     )


The undersigned, being duly sworn, deposes and says:

     1. I am over the age of eighteen, I am not a party in this case or proceeding and I reside at **STATEN ISLAND, NEW YORK.**

     2. On January 3, 2017**,** I served the **Notice of Motion to Vacate Automatic Stay** upon the persons listed below\*, those persons being all persons entitled to notice pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(1), by mailing a true copy of same enclosed in a pre-address sealed wrapper with postage affixed in a post box maintained under the exclusive care and custody of the United States Postal Service in the State of New York.


                                                        */s/*
                                                        Jasmin Gomez


Sworn to before me this
3rd day of January, 2017

*/s/*
NOTARY PUBLIC

                           \* SEE LIST ATTACHED\*

PIA 164 Holdings LLC
495 Columbus Avenue
Suite 700
New York, NY 10024-4607

Neighborhood Restore Housing Development Fun
150 Broadway, Suite 2101
New York, NY 10038-4484

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014-9449

White Plains Division
300 Quarropas Street
White Plains, NY 10601-4140

440 WEST 164TH ST HOUSING DEV
440 WEST 164TH STREET
NEW YORK, NY 10032-8100

ANDREAS KROLL
C/O BEDFORD MANTIA LLP
10 EAST 40TH ST., SUITE 3307
NEW YORK, NY 10016-0301

ANNA VEZZOSI
440 WEST 164TH STREET
APT. 32
NEW YORK, NY 10032-8164

CITY OF NEW YORK DEPT. OF
HOUSING PRESERV. AND DEV.
100 GOLD ST., ROOM 5-S
NEW YORK, NY 10038-1605

CORP. COUNSEL FOR NYC
100 CHURCH STREET
ATTN: HUGH SCHULL, ESQ.
NEW YORK, NY 10007-2668

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

EFREM SCHWALB, ESQ.
621 WILDWOOD ROAD
WEST HEMPSTEAD, NY 11552-3409

EFROIM FASTEN, CPA
FASTEN HALBERSTAM LLP
30 BROAD STREET, SUITE 2204
NEW YORK, NY 10004-2931

GOLDBERG RIMBERG & WEG PLLC
115 BROADWAY, STE. 302
NEW YORK, NY 10006-1632

INNA KHITERER
C/O BEDFORD MANTIA LLP
10 EAST 40TH ST., SUITE 3307
NEW YORK, NY 10016-0301

JENIFFER HIENSTRA
440 WEST 164TH STREET
APT. 1
NEW YORK, NY 10032-8163

LOTHAR KROLL
C/O BEDFORD MANTIA LLP
10 EAST 40TH ST., SUITE 3307
NEW YORK, NY 10016-0301

MARK FRANKEL, ESQ.
BACKENROTH FRANKEL & KRINSKY
800 THIRD AVENUE, 11TH FLOOR
NEW YORK, NY 10022-7651

MARTIN JOKSIMOVIKJ
440 WEST 164TH STREET
APT. 44
NEW YORK, NY 10032-8165

MICHAEL ROBLEY
440 WEST 164TH STREET
APT. 42
NEW YORK, NY 10032-8165

NEW YORK STATE DEPT. OF FINANC
ATTN: BANKRUPTCY SPECIAL PROC
PO BOX 5300
ALBANY, NY 12205-0300

NYC DEPT. OF FINANCE
345 ADAMS STREET, 3RD FL.
ATTN: LEGAL AFFAIRS
BROOKLYN, NY 11201-3719

OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224

RIDGE MONTES
440 WEST 164TH STREET
APT. 31
NEW YORK, NY 10032-8164

SERGEI LEONTEV
C/O BEDFORD MANTIA LLP
10 EAST 40TH ST., SUITE 3307
NEW YORK, NY 10016-0301

THE LAW FIRM OF CANDACE
C. CARPONTER, P.C.
31 SMITH STREET, SECOND FLOOR
BROOKLYN, NY 11201-5111

US ATTY OFFICE -SDNY
86 CHAMBERS STREET
ATTN: TAX AND BANKRUPTCY
NEW YORK, NY 10007-1825

Arnold Mitchell Greene
Robinson Brog Leinwand Greene
Genovese & Gluck, P.C.
875 Third Avenue, 9th Floor
New York, New York 10022

Robert M. Sasloff
Robinson Brog Leinwand Greene
Genovese & Gluck, P.C.
875 Third Avenue, 9th Floor
New York, New York 10022

Arnold Mitchell Greene, Esq.
Robinson Brog & Leinwand
875 Third Avenue, 9th Floor
New York, New York 10022